## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division

U.S.A. vs. Matthew Shane Lamb            Docket No. 7:00-CR-78-10F

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Matthew Shane Lamb, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 1,000 Kilograms of Marijuana and Methyleneidoxymethamphetamine (MDMA/Ecstasy), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 19, 2001, to the custody of the Bureau of Prisons for a term of 193 Months Imprisonment. It was further ordered that upon release from imprisonment the defendant be placed on a 60-month term of supervised release.

Matthew Shane Lamb was released from custody on March 17, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 8, 2014, the defendant submitted a urine specimen which tested positive for benzodiazepines. Prior to submitting the specimen, Mr. Lamb admitted to using marijuana and taking a valium pill (without a valid prescription). Lamb signed a statement admitting to this illegal drug use. Through questioning and observation by the probation officer, it is evident that Lamb is experiencing problems with anxiety. He has requested to be referred to mental health treatment so that he may more appropriately address his anxiety issues. As a result, the probation officer recommends that the defendant's conditions of supervision be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of mental health treatment as directed by the probation officer, until such time as the defendant is recommended for release from the program. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable pursuant to the U.S. Probation Officer's Sliding Scale for Services, and shall cooperate in securing any applicable third party payments, such as insurance or Medicaid.

Except as herein modified, the judgment shall remain in full force and effect.

                                         I declare under penalty of perjury that the foregoing is true and correct.
                                         /s/Jeffrey L. Keller
                                         Jeffrey L. Keller
                                         Supervising U.S. Probation Officer
                                         310 New Bern Avenue Room 610
                                         Raleigh, NC 27601-1441
                                         Phone: 919-861-8696
                                         Executed On: August 15, 2014

Matthew Shane Lamb
Docket No. 7:00-CR-78-10F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _____15th_____ day of _____Aug_____, 2014 and ordered, filed and made a part of the records in the above case.

_____/s/ James C. Fox_____
James C. Fox
Senior U.S. District Judge